No. 99–7675. LAI *v.* PITZER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–7678. SMITH *v.* CADWELL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7679. BENDER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–7681. WILLIAMS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7683. HILL ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7684. DICK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7685. ESCOBAR-DE JESUS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–7686. DRAYER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–7687. GREGG *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7689. FRENCH *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–7690. HOLLIS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7691. BARRETT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 99–7692. HADDAD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7693. DEL RIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7694. BRADFORD *v.* BARRETT ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–7699. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.